[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 24-12720

Non-Argument Calendar

_____

TAMIKA SEAY,

Plaintiff-Appellant,

*versus*

LISA JAMES,
ANTRESA LUMPKIN-KNIGHTEN,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-05232-LMM

_____

Before JILL PRYOR, NEWSOM, and LAGOA, Circuit Judges.

PER CURIAM:

Tamika Seay appeals from the district court's May 28, 2024, order denying two of her postjudgment motions. In the same order, the district court imposed filing sanctions on Seay, instructing the clerk not to docket any further submissions from her other than a notice of appeal. We issued a jurisdictional question as to whether Seay's August 19, 2024, notice of appeal is timely, and, specifically, whether her June 7, 2024, Fed. R. Civ. P. 60 motion effectively tolled the appeal period.

Although the parties did not respond, we conclude that we lack jurisdiction over this appeal. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010). Because the 30-day period for filing a notice of appeal ended on June 27, 2024, we conclude that Seay's August 19, 2024, notice of appeal is untimely. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A). Moreover, if the June 7 filing could be liberally construed as a Fed. R. App. P. 4(a)(4) tolling motion, that would still not render Seay's notice of appeal timely because the district court effectively disposed of that filing on the day that Seay filed it based on the filing restrictions imposed in the May 28 order. We thus conclude that, even if the June 7 filing effectively tolled the appeal period, Seay had until July 8, 2024, to file a notice of appeal. As such, her August 19 notice is also untimely. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), (a)(4)(A).

24-12720                 Opinion of the Court                 3

Accordingly, we DISMISS this appeal for lack of jurisdiction. All pending motions are DENIED AS MOOT.